otxret13(8/14)

## UNITED STATES BANKRUPTCY COURT
### District of Maine

Case No.:  14−20856
Chapter:   13

In Re:
   Scott B. Proudman

## ORDER REQUIRING TAX COMPLIANCE AND PROHIBITING EXTENSIONS

   THIS MATTER came before the court on the trustee's motion to require tax filings and prohibit extensions and to require timely payment of any post−petition tax liabilities. For good cause shown, the trustee's motion is granted. The debtor(s) shall file any outstanding tax returns within 30 days of the date of this order without regard to any extension of tax filing deadline obtained prior to the filing of the bankruptcy petition. The debtor(s) shall file all tax returns due hereafter by the first applicable deadline and shall not seek or obtain any extension for filing without permission of the Court. The debtor(s) shall pay all post−petition tax liabilities as they fall due except as may be permitted by further court order.

   *This order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the court as if this order had not been entered.*

**Dated: 11/4/14**

                                                  /s/ Peter G Cary *by CLD*
                                                  **U.S. Bankruptcy Judge**